# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** Category No. **II** Investigating Agency **DEA**

City **New Bedford** Related Case Information:

County **Bristol** Superseding Ind./ Inf. ____ Case No. **18-MJ-2266-MBB**
Same Defendant ____ New Defendant ____
Magistrate Judge Case Number
Search Warrant Case Number **See Additional Information**
R 20/R 40 from District of ____

## Defendant Information:

Defendant Name **Jimmy CORREA a/k/a Jimmy CORREA LATIMER** Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ____

Address (City & State) **New Bedford, Massachusetts**

Birth date (Yr only): **1985** SSN (last4#): **0530** Sex **M** Race: **Hispanic** Nationality: **US**

**Defense Counsel if known:** ____ Address ____

**Bar Number** ____

## U.S. Attorney Information:

AUSA **Lauren Graber** Bar Number if applicable **679226**

Interpreter: ☐ Yes ☑ No List language and/or dialect: ____

Victims: ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested ☐ Regular Process ☑ In Custody

**Location Status:**

Arrest Date **05/22/2018**

☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody at ____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **May 22, 2018** Signature of AUSA:

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Jimmy CORREA a/k/a Jimmy CORREA LATIMER

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. 846 | Conspiracy to possess with intent to distribute and to distribute controlled substances. | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**  18-MJ-2195-MBB; 18-MJ-2196-MBB; 18-MJ-2232-MBB; 18-MJ-2238-MBB; 18-MJ-2239-MBB; 18-MJ-2254-MBB; 18-MJ-2255-MBB; 18-MJ-2261-MBB; 18-MJ-2262-MBB; 18-MJ-2263-MBB; 18-MJ-2265-MBB